IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LIU TINGTING, | § | |
| *Plaintiff*, | § | |
| v. | § | Civil Action No. 2:26-cv-01472-MRH |
| SCHEDULE A DEFENDANTS | § | |
| *Defendants*. | § | |

**ORDER GRANTING PERMISSIVE INTERVENTION**

Before the Court is Dongguan Hongli Electronics Technology Co. Ltd. aka Onmiwod US ("Onmiwod US") unopposed motion for permissive intervention under Fed. R. Civ. P. 24(b).

After considering the motion, this Court finds that Onmiwod US has made a sufficient showing to intervene as a third party to challenge the Order sealing the filings in this case by demonstrating standing under the right of access doctrine, that permissive intervention is the proper procedural vehicle to accomplish this, and there is no issue as to untimeliness. As such, Onmiwod US' motion to intervene is hereby GRANTED.

DATED: __30th__ day of July, 2026

s/ Mark R. Hornak
United States District Judge

- 1 -